1  JOSEPH H. HARRINGTON
   United States Attorney
2  Eastern District of Washington
   Thomas J. Hanlon
3  Assistant U.S. Attorney
   402 E. Yakima Ave., Ste. 210
4  Yakima, WA 98901-2760
   Tel. (509) 454-4425
5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 13 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

6              UNITED STATES DISTRICT COURT
7          FOR THE EASTERN DISTRICT OF WASHINGTON

                                  **1:18-CR-2016-LRS**
8  UNITED STATES OF AMERICA,      ) INDICTMENT
                                  )
9          Plaintiff,             ) Vio: 18 U.S.C. §§ 113(a)(3), 1153 –
                                  ) Crime on Indian Reservation, Assault
10                                ) with a Dangerous Weapon (Count 1)
                                  )
11 v.                             ) Vio: 18 U.S.C. § 924(c)(1)(A) –
                                  ) Discharge of a Firearm During a Crime of
12                                ) Violence (Count 2)
   RAYMOND ZACK GUERRERO-         )
13 GARCIA,                        )
                                  )
14         Defendant.             )
                                  )
15 _____)

16     The Grand Jury charges that:

17                          COUNT 1

18     On or about May 18, 2017, in the Eastern District of Washington, within the

19 external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the

20 Defendant, RAYMOND ZACK GUERRERO-GARCIA, an Indian, did assault P.R. with

21 a dangerous weapon, to wit, a firearm, with intent to do bodily harm, in violation of 18

22 U.S.C. §§ 113(a)(3), 1153.

23

24                          COUNT 2

25     On or about May 18, 2017, in the Eastern District of Washington, within the

26 external boundaries of the Yakama Nation Indian Reservation, in Indian Country, the

27 Defendant, RAYMOND ZACK GUERRERO-GARCIA, an Indian, did knowingly use,

28 carry, brandish, and discharge a firearm during and in relation to a crime of violence for

Indictment                          1

which he may be prosecuted in a court of the United States, to wit: Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 113(a)(3), 1153, as charged in Count One, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).


DATED this 13th day of March, 2018.


A TRUE BILL


_____
Presiding Juror


JOSEPH H. HARRINGTON
United States Attorney

Thomas J. Hanlon
Assistant United States Attorney