WILLIAM D. HYSLOP
United States Attorney
THOMAS J. HANLON
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98907
(509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO: 1:18-CR-02016-LRS |
| v. | ) | APPLICATION FOR |
| | ) | WRIT OF HABEAS CORPUS AD |
| RAYMOND ZACK GUERRERO-GARCIA, | ) | OF HAVEAS CORPUS AD |
| | ) | PROSEQUENDUM |
| Defendant. | ) | |

The United States of America, by and through the United States Attorney, represents as follows: That there is now detained at the Yakima County Jail, Yakima, Washington, in the custody of the Superintendent, RAYMOND ZACK GUERRERO-GARCIA, DOC #338179, the defendant in the above-entitled case, said case having been set for an Initial Appearance on the 18th day of December, 2019, it is necessary to have said defendant present in the Courtroom of the Honorable Mary K. Dimke, United States Magistrate Judge, 25 S. Third Street, Yakima, Washington, at the hour of 1:30 PM., and in order to secure the presence of said defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the United States Marshal to produce said defendant in said court on said date, and at such other dates as may be necessary in order to procure his presence for all other proceedings incident thereto.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of the Court directing said Superintendent to release said defendant to the United States Marshal to have and produce the above-named defendant and then and there to present said defendant before the Court and from day to day thereafter as may

Application for Writ     1

be necessary; and at the termination of the proceedings return said defendant to the custody of said Superintendent.

DATED this 13th day of December, 2019.

          WILLIAM D. HYSLOP
          United States Attorney

          s/Thomas J. Hanlon
          THOMAS J. HANLON
          Assistant United States Attorney