Alex B. Hernandez, III
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Raymond Zack Guerrero-Garcia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(The Honorable Lonny R. Suko)

| | |
|---|---|
| United States of America,<br><br>                             Plaintiff,<br><br>    v.<br><br>Raymond Zack Guerrero-Garcia,<br><br>                             Defendant. | No. 1:18-CR-2016-LRS<br><br>Defendant's Sentencing Memorandum |

Raymond Zack Guerrero-Garcia, through his attorney, Alex B. Hernandez, III, for the Federal Defenders of Eastern Washington and Idaho, submits this sentencing memorandum.

## Sentencing Recommendation

The parties agreed to recommend the Court impose a sentence of 10 years imprisonment under the Fed. R. Crim. P. 11(c)(1)(C) plea agreement filed in this matter. A sentence of 10 years imprisonment is

Defendant's Sentencing
Memorandum: 1

sufficient, but not greater than necessary to accomplish the goals of sentencing under 8 U.S.C. § 3553(a).

Mr. Guerrero-Garcia pled guilty to discharge of a firearm during a crime of violence in violation of Title 18, U.S.C. § 924(c)(1)(A)(iii) pursuant to a plea agreement. This is a serious charge.

At the time of the offense, Mr. Guerrero-Garcia was extremely intoxicated because of the death of his mother. An individual came to his house at that moment, and Mr. Guerrero-Garcia shot him. This individual had damaged Mr. Guerrero-Garcia's car and taken his drugs. Mr. Guerrero-Garcia became angry when he saw this individual. Clearly, Mr. Guerrero-Garcia's actions were unacceptable, but his intoxication and prior interactions with this individual played a significant role in the offense. Considering the nature and circumstances of this offense a sentence of 10 years will meet the goals of sentencing under 18 U.S.C. 3553(a).

Mr. Guerrero-Garcia was raised in the in the Yakima Valley. Unfortunately, he did not benefit from a stable living environment. His parents separated when he was only two (2) years old. ECF No. 41 at 21.

Defendant's Sentencing
Memorandum: 2

As a boy, he struggled in school because of his Attention Deficit Disorder and speech difficulties. Mr. Guerrero-Garcia suffered from a birth defect that affected his speech, and required therapy. He was expelled from school in 8th grade for using marijuana.

Not surprisingly, because of the lack of supervision and guidance, Mr. Guerrero-Garcia started using alcohol and drugs at a very early age. He also looked to gangs for support. By the age of 12, Mr. Guerrero-Garcia started using alcohol and marijuana, at 13 he was using methamphetamine. *Id.* at 23. He used other drugs, as well. By the age of 13, Mr. Guerrero-Garcia was part of the criminal justice system. *Id.* at 6. Unfortunately, Mr. Guerrero-Garcia has struggled with his substance abuse issues and lifestyle, which resulted in various convictions over the last few years, and periods of incarceration. Now, Mr. Guerrero-Garcia faces a significant term of imprisonment.

Considering Mr. Guerrero-Garcia's history and characteristics, a sentence of 10 years imprisonment is sufficient. Such a sentence will provide him the opportunity to participate in vocational training, as well as meet the other goals of sentencing – deterrence, protection of the

Defendant's Sentencing Memorandum: 3

public, promote respect for the law and provide just punishment. Further, Mr. Guerrero-Garcia must first complete a 10-year state sentence before he commences his federal sentence. This means, Mr. Guerrero-Garcia will be incarcerated for a long time.

## Conclusion

Mr. Guerrero-Garcia requests the Court impose a sentence of 10 years. Mr. Guerrero-Garcia also requests the Court recommend placement at FCI Sheridan. Mr. Guerrero-Garcia further requests the Court recommend he participate in substance abuse treatment and vocational training in heating and air conditioning.

DATED: August 20, 2020.

>
> Respectfully Submitted,
>
> s/Alex B. Hernandez, III
> Alex B. Hernandez, III, 21807
> Attorney for Raymond Zack Guerrero-Garcia
> Federal Defenders of Eastern Washington and Idaho, Attorneys for
> 306 East Chestnut Avenue
> Yakima, Washington 98901
> (509) 248-8920
> (509) 248-9118 fax
> Ben_Hernandez@fd.org

Defendant's Sentencing Memorandum: 4

## CERTIFICATE OF SERVICE

I certify that on August 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to: Thomas J. Hanlon, Assistant United States Attorney, and Jennifer M. Dykstra, United States Probation Officer.

<u>s/Alex B. Hernandez, III</u>
Alex B. Hernandez III, 21807
Attorney for Raymond Zack Guerrero-Garcia

Defendant's Sentencing Memorandum: 5