William D. Hyslop
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, ) NO: 1:18-CR-2016-LRS-1
) 
Plaintiff, )
) PLAINTIFF'S SENTENCING
vs. ) MEMORANDUM
)
RAYMOND ZACK GUERRERO-GARCIA, )
)
Defendant. )
)

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Thomas J. Hanlon, Assistant United States Attorney, submits the following sentencing memorandum:

I.

SENTENCING CALCULATIONS

The United States agrees with the calculations contained in the Presentence Investigation Report. Here, the applicable guideline sentence is ten years

Government's Sentencing Memorandum    1

imprisonment which is the minimum term required by statute. The maximum penalty is a term of life imprisonment. In the present case, the United States and the Defendant have entered into a plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)C. The parties have agreed to recommend a term of imprisonment of 120 months.

II.

GOVERNMENT'S OBJECTION TO PSIR

The government filed no objections to the Presentence Investigation Report (hereinafter PSIR).

III.

RESPONSE TO DEFENDANT'S OBJECTIONS TO PSIR

The Defendant filed no objections to PSIR.

IV.

SENTENCING FACTORS UNDER 18 U.S.C. §3553(a)

"The district court must correctly calculate the recommended Guidelines sentence and use that recommendation as the 'starting point and initial benchmark.'" *United States v. Hymas*, 780 F.3d 1285, 1293 (9th Cir. 2015)(citations omitted). In determining the appropriate sentence, this Court should consider the factors as set forth in 18 U.S.C. § 3553(a).

1. <u>The nature and circumstances of the offense and the history and characteristics of Defendant.</u>

The Defendant is a documented Sureno gang member and has a lengthy criminal history. Over the past eleven years, the Defendant has been convicted of six separate felony offenses. In the present case, the Defendant approached the victim and shot him each leg. After shooting the victim, the Defendant ransacked the victim's vehicle.

2. <u>The need for the sentence imposed to reflect the seriousness of the offense, promote respect for the law, and to provide just punishment.</u>

The Defendant has no respect for the law. The current offense is serious. The Defendant shot the victim multiple times. The government believes that a sentence of 120 months is warranted to provide just punishment and reflect the seriousness of the offense.

3. <u>The need for the sentence imposed to afford adequate deterrence to criminal conduct.</u>

Prior terms of incarceration and supervision have not deterred the Defendant from engaging in criminal activity. A sentence of 120 months will afford adequate deterrence.

4. <u>The need for the sentence imposed to protect the public from further crimes of Defendant.</u>

The Defendant is clearly a danger to the community. The Defendant has a history of drug addiction, possession of firearms, eluding police, and assault with a deadly weapon.

5. <u>The need for the sentence imposed to provide Defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.</u>

The Defendant was expelled from school in the eighth grade. The Defendant has obtained a GED. The Defendant appears to be in need of additional educational and/or vocational training. Lastly, the Defendant appears to be in need of substance abuse treatment.

V.

GOVERNMENT'S SENTENCING RECOMMENDATION

The government recommends a sentence of 120 months imprisonment followed by five years of supervised release.

Respectfully submitted this 20st day of August 2020.

         WILLIAM D. HYSLOP
         United States Attorney


         s\ Thomas J. Hanlon
         THOMAS J. HANLON
         Assistant United States Attorney

1 | I hereby certify that on August 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing to the following: Alex B. Hernandez, III.

                                           s\ Thomas J. Hanlon  
                                           THOMAS J. HANLON  
                                           Assistant United States Attorney  
                                           United States Attorney's Office  
                                           402 E. Yakima Ave., Suite 210  
                                           Yakima, WA   98901  
                                           (509) 454-4425  
                                           Fax (509) 249-3297