# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                                Plaintiff,<br>-vs-<br>RAYMOND ZACK GUERRERO-GARCIA,<br>                                Defendant. | Case No.   1:18-cr-02016-LRS-1<br>**CRIMINAL MINUTES**<br><br>DATE:      SEPTEMBER 17, 2020<br>LOCATION: YAKIMA<br>                VIDEOCONFERENCE<br><br>**SENTENCING HEARING** |

| HON. LONNY R. SUKO | | |
|---|---|---|
| Angela Noel | Nancy Livingston | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Thomas J. Hanlon | | Alex B Hernandez, III |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**    Arturo Santana | | |

**[ X ]  Open Court**           **[  ]  Chambers**          **[  ]  Telecon**

Due to the current COVID-19 public health crisis, all parties including Defendant, appeared via video conference or teleconference.

Defendant present by video from the Yakima County Jail and in custody of the United States Marshals Service with appointed counsel. The Court and defense counsel appearing by video, government counsel appearing in person and Probation Officer by telephone. Defendant consents to hearing being held by video.

Counsel addressed the Court with their respective recommendations for resolution of the matter. Government counsel requested continuing the restitution hearing to allow more time to collect information. Defense counsel requests recommendation for Defendant to be designated to the Sheridan, Oregon facility, receive drug treatment and vocational training. Defendant addressed the Court.

Court confirmed with counsel that they had no objections to the PSR, Defendant had the opportunity to review the PSR and further queried Defendant as to whether he had any objections. Defendant indicated he did not there were no other objections. The Court accepted the Presentence Investigation Report.

Court ACCEPTS the parties' 11(c)(1)(C) Plea Agreement.

**Imprisonment:**           10 Years with credit for any time served
**Supervised Release:**    5 Years with standard conditions **plus special conditions:**
- Must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates
- Search of person, vehicle and residence
- Substance abuse evaluation and treatment/counseling, if recommended

| **CONVENED:** 8:39 A.M. | **ADJOURNED:** 8:54 A.M. | **TIME:** 0:15 HR. | **CALENDARED** [ N/A ] |
|---|---|---|---|

*United States –vs- Raymond Zack Guerrero-Garcia*  September 17, 2020
1:18-cr-02016-LRS-1  Page 2
Sentencing Hearing

- Abstain from controlled substances, including marijuana; Probation Officer is authorized to order up to 6 UAs
- Do not enter any establishment whose primary item of sale is alcohol; abstain from alcohol; Probation Officer authorized to order up to 6 UAs and/or BAs
- Cooperate in the collection of DNA as directed by Probation Officer

**Fine:** Waived
**Special Assessment:** $100 – Inmate Financial Responsibility Program
**Restitution:** TBD

Appeal rights waived by Plea Agreement including Defendant's right to file a post-conviction 2255 motion <u>except</u> one based upon ineffective assistance of counsel.  Court recommends Defendant be allowed to participate in the drug treatment program, vocational training as well as be designated to the Sheridan, Oregon facility.  All remaining Counts are dismissed.